NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LATHAM & WATKINS LLP
Mark S. Mester (Pro Hac Vice Forthcoming)
Robert C. Collins III (Pro Hac Vice Forthcoming)
330 North Wabash Avenue, Suite 2800, Chicago, IL 60611
Telephone:  (312) 876-7700
Michael A. Hale (Bar No. 319056)
 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071
Telephone:  (213) 485-1234

ATTORNEY(S) FOR:  Defendant Vivid Seats LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROUILLETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>VIVID SEATS LLC,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:20-cv-02133-JLS-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Vivid Seats LLC _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Vivid Seats LLC | Defendant is a privately-held limited liability company with no parent corporation, and no publicly-trade corporation owns 10 percent or more of its stock. |
| Bruce Brouillette, individually and on behalf of all others similarly situated | Plaintiff. |

December 4, 2020
_____
Date

/s/ Michael A. Hale
_____
Signature


Attorney of record for (or name of party appearing in pro per):

Vivid Seats LLC
_____