1  LATHAM & WATKINS LLP
   Mark S. Mester (Admitted *Pro Hac Vice*)
2     mark.mester@lw.com
   Robert C. Collins III (Admitted *Pro Hac Vice*)
3     robert.collins@lw.com
   330 North Wabash Avenue, Suite 2800
4  Chicago, Illinois 60611
   Telephone: (312) 876-7700
5  Facsimile: (312) 993-9767

6  LATHAM & WATKINS LLP
   Michael A. Hale (Bar No. 319056)
7     michael.hale@lw.com
   355 South Grand Avenue, Suite 100
8  Los Angeles, California 90071
   Telephone: (213) 485-1234
9  Facsimile: (213) 891-8763

10 Attorneys for Defendant Vivid Seats LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BRUCE BROUILLETTE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVID SEATS LLC,<br><br>Defendant. | CASE NO. 8:20-cv-02133-JLS-ADS<br><br>**DECLARATION OF RIVA BAKAL IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Hon. Josephine L. Staton<br><br>Date:  June 11, 2021<br>Time:  10:30 a.m.<br>Courtroom 10A |

I, Riva Bakal, hereby declare as follows:

1. I am the Vice President of Strategy and Corporate Development at Vivid Seats LLC ("Vivid Seats"). Vivid Seats has its headquarters and principal place of business at 111 North Canal Street, Suite 800, Chicago, Illinois 60606. Because of my work as the Vice President of Strategy and Corporate Development at Vivid Seats LLC, I have personal knowledge of the design and operation of Vivid Seats' website and online ticket marketplace.

2. I am over the age of eighteen and have knowledge of the facts stated in this declaration, and I make this declaration in support of the Motion To Dismiss And To Compel Arbitration Of Vivid Seats LLC in the above-captioned action.

3. The records of Vivid Seats show that Bruce Brouillette used Vivid Seats' website, www.vividseats.com, to make a ticket purchase on February 29, 2020. A true and correct copy of the web purchase order details associated with that ticket purchase is attached hereto as Exhibit A.

4. At the time of the purchase placed at issue by Mr. Brouillette, any customer purchasing tickets to a third-party event through Vivid Seats' website was required to click a red button on Vivid Seats' webpage that read "PLACE ORDER" in order to complete a purchase. Above that red button, in the same size font as the rest of the text on the order page, the following phrase appeared: "By clicking 'Place order', you agree to the Vivid Seats terms of use." The red button and the message together appeared as follows on Vivid Seats' website at the time the foregoing purchase was made on the Vivid Seats website, except that the dollar amount following the phrase "your credit card will be charged" reflected the price of the

1 tickets allegedly purchased as opposed to the $200.93 figure shown herein:

> **CONFIRM & PLACE ORDER**
>
> By clicking "Place order", you agree to the Vivid Seats terms of use ⧉ and confirm that you are aware that you may be paying above face value for your tickets. Your credit card will be charged $200.93. All prices in US Dollars. All sales are final.
>
> **PLACE ORDER**

5. The words "Terms of Use" were hyperlinked, as indicated by their blue font and the "external link symbol" next to them. At the time of the foregoing purchase in February 2020, the terms of use that were hyperlinked were the Terms of Use effective as of November 22, 2019, such that when customers clicked those words, the Terms of Use effective as of November 22, 2019 would open in their Internet browser. A true and correct copy of the Terms of Use effective as of November 22, 2019 is attached hereto as Exhibit B.

6. The ticket purchase that Mr. Brouillette places at issue in this case could not have been completed on the Vivid Seats website without first clicking the "PLACE ORDER" button directly below the statement that provided a hyperlink to the Terms of Use effective as of November 22, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22nd day of January, 2021.

_____
Riva Bakal