**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| BRUCE BROUILLETTE, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>VIVID SEATS, LLC,<br><br>　　　　　　　Defendant. | CASE NO. 8:20-cv-02133-JLS-ADS<br><br>**ORDER EXTENDING STAY OF LITIGATION AND VACATING ALL DEADLINES** |

**ORDER**

Having considered the Parties' joint stipulation, and for good cause appearing, the Court hereby STAYS this matter in its entirety and VACATES all deadlines, including the hearing Defendant's Motion to Compel Arbitration, currently set for June 11, 2021 at 10:30 a.m., and Defendant's deadline to file a Reply in support of the Motion. The Parties are ordered to file dispositional documentation within forty-five (45) days of this Order.

Dated: June 02, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE