# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BRUCE BROUILLETTE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIVID SEATS, LLC,<br><br>Defendant. | CASE NO. 8:20-cv-02133-JLS-ADS<br><br>**ORDER DISMISSING PUTATIVE CLASS ALLEGATIONS WITHOUT PREJUDICE AND WITHOUT NOTICE AND INDIVIDUAL CLAIMS WITH PREJUDICE** |

# ORDER

Having considered the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and for good cause appearing, the Court hereby orders that:

(1) All putative class action allegations and claims in the above-styled action are hereby dismissed without prejudice;

(2) All individual allegations and claims on behalf of Plaintiff Bruce Brouillette against Defendant Vivid Seats LLC are hereby dismissed with prejudice and without any findings of liability, wrongdoing, admissions, fault or damages of any kind;

(3) No Party hereto shall be entitled to costs or attorneys' fees because of this Order of Dismissal;

(4) Based on the factors identified in <u>Diaz v. Trust Territory of the Pacific Islands</u>, 876 F.2d 1401 (9th Cir. 1989), the above dismissal of the class allegations may be made, and hereby is made, without notice to the putative class; and

(5) This action is hereby dismissed on the terms outlined above.

**IT IS SO ORDERED.**

Dated: July 02, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE